943 A.2d 263

**CITY OF BRADFORD, Respondent,**

**v.**

**TEAMSTERS LOCAL UNION NO. 110, Petitioner.**

Supreme Court of Pennsylvania.

March 26, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of March, 2008, the Petition for Allowance of Appeal is **GRANTED.** The order of the Com-

monwealth Court is **REVERSED.** The matter is **REMAND-ED** to the Commonwealth Court to remand to the Court of Common Pleas of McKean County for consideration of *Westmoreland Intermediate Unit # 7 v. Westmoreland Intermediate Unit # 7 Classroom Assistants Educational Support Personnel Association, PSEA/NEA,* 939 A.2d 855 (2007).

Jurisdiction relinquished.